1

2

3

4

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10    In re

11    HOSSEIN and FARIDEH GHARAI,                     No. 09-10991

12                          Debtor(s).
      _____/

13    TIMOTHY HOFFMAN,

14

15                          Plaintiff(s),

16          v.                                         A.P. No. 09-1178

17    LA DOLCE VITA WINE LOUNGE, INC., et al.,

18                          Defendant(s).
      _____/

19

20              Memorandum on Motion for Production
                       _____

21

22          The complaint in this adversary proceeding is not directly before the court, but it is foreign to

the court's understanding of the law.  It essentially argues that a loan to a child on terms more

23

favorable than those which would have been required by a hypothetical commercial lender is a

24

fraudulent transfer.  Until the court is convinced that this position has any merit at all, the court cannot

25

find that the child's income tax returns are relevant and must be produced.  The Trustee's motion to

26

1

1   produce them will therefore be denied without prejudice.   Counsel for defendants shall submit an

2   appropriate form of order.

3

4   Dated:  August 6, 2010

5

6

7                                                                    Alan Jaroslovsky
                                                                     U.S. Bankruptcy Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26